UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

ROBERT CRAWFORD,                      )
                                      )
                Plaintiff,            )
                                      )
        v.                            )        No.  1:10CV00166 AGF
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security,      )
                                      )
        Defendant.                    )

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for an award of attorney's

fees and other expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C.

§ 2412(d)(1)(A).  (Doc. No. 18)  Plaintiff is the prevailing party in this action challenging

the Commissioner of Social Security's denial of Plaintiff's application for Supplemental

Security Income benefits.  Plaintiff's request for attorney's fees is supported by

appropriate documentation.

Plaintiff seeks attorney's fees in the amount of $2,109.60, which represents 0.65

attorney hours incurred in 2010 at the rate of $175 per hour, 9.10 attorney hours incurred

in 2011 and 2012 at the rate of $181 per hour, and 4.65 paralegal hours at the rate of $75

per hour.  Plaintiff requests that the award of attorney's fees be made payable to counsel

based upon the Social Security Contract signed by Plaintiff and counsel.

Defendant filed a response to Plaintiff's motion, asserting that the amount Plaintiff

requests does not appear to include any expenses and contesting the amount by $18.10, for a total of $2091.50.  Further, Defendant contends that the EAJA fee is payable to Plaintiff and not counsel.  Plaintiff has not filed a reply to the Defendant's response, and the time for doing so has expired.

The Court finds that Plaintiff is entitled to EAJA fees in the amount of $2,091.50, payable to the Plaintiff as the prevailing party.  Astrue v. Ratliff, ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (holding that EAJA fees are payable to the prevailing party and may be subject to offset to satisfy any pre-existing debt owed to the United States).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for an award of attorney's fees is **GRANTED** in the amount of $2,091.50.  (Doc. No. 18)

**IT IS FURTHER ORDERED** that said award shall be made payable to Plaintiff.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2012.